BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Attorney for Defendant
TRACI BURLEIGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>TRACI BURLEIGH,<br><br>              Defendant. | NO. CR 10-113-SI<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PROBATION |

      The parties by and between plaintiff, United States of America, through its attorney of record, Assistant United States Attorney Kirstin Ault, and defendant, Traci Burleigh, by and through her counsel of record, Assistant Federal Public Defender Elizabeth Falk, hereby stipulate and request that the Court modify the conditions of her home confinement to allow Ms. Burleigh to attend a required work retreat from June 17 to June 22. The parties stipulate as follows:

      1.     On January 19, 2010, Ms. Burleigh was sentenced by the Honorable Percy Anderson of the Central District of California to three days in custody, three months in a community confinement center, and four months and twenty-seven days of home confinement.

      2.     Ms. Burleigh works as a yoga instructor, and is scheduled to be an

instructor at a yoga retreat through her workplace from June 17 to June 22. By that date, Ms. Burleigh will be serving the home confinement portion of her sentence. The retreat is in Mendocino County, and does not require Ms. Burleigh to leave the Northern District of California. She will, however, have to be out of her house more than the number of hours allotted per week for work. Ms. Burleigh is therefore seeking a modification of her conditions of home confinement to allow her to work at this retreat.

3. Ms. Burleigh's Probation Officer, Alton Dural, is aware of the commitment and agrees that the modification would be appropriate. Assistant United States Attorney Yvonne Garcia, the attorney who represented the Government in the prosecuting district, has no objection to the request, and Assistant United States Attorney Kirstin Ault, duty attorney for the week of April 26, 2010 also has no objection.

Respectfully submitted,

BARRY PORTMAN
Federal Public Defender

DATED: April 28, 2010        By_____/s/_____

ELIZABETH FALK
Assistant Federal Public Defender

United States Attorney

DATED: April 28, 2010        By_____/s/_____

KIRSTIN AULT
Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated in this stipulation, and with the consent of all parties, it is hereby ORDERED that Ms. Burleigh's home confinement condition be modified as requested in this stipulation, so that she may be relieved from her home confinement condition for the purposes stated above between June 17 and June 22, 2010.

DATED: ___4/29/10_____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE